Matt O'DEA, Plaintiff–Appellee,

v.

BNSF RAILWAY COMPANY,
Defendant–Appellant,

and

Montana Department of Labor and
Industry; Montana Human Rights
Commission, Defendants.

No. 08–35525.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 13, 2010.

Filed Jan. 20, 2010.

Brian C. Bramblett, Esquire, Terry Nicholas Trieweiler, Trieweiler Law Firm, Whitefish, MT, for Plaintiff–Appellee.

Jeff Hedger, Hedger Friend PLLC, Billings, MT, Bryan P. Neal, Stephen F. Fink, Thompson & Knight, LLP, Dallas, TX, for Defendant–Appellant.

Marieke Beck, Montana Department of Labor & Industry, Helena, MT, for Defendants.

Before: KLEINFELD and TALLMAN, Circuit Judges, and SETTLE,* District Judge.

* Honorable Benjamin Hale Settle, United States District Judge for the Western District of Washington, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

## ORDER **

We lack jurisdiction over an appeal from a remand order entered due to a lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447; *Carlsbad Tech. Inc. v. HIF Bio, Inc.,* —— U.S. ——, 129 S.Ct. 1862, 1865–66, 173 L.Ed.2d 843 (2009). Costs on appeal are awarded to Appellee. *See* Fed. R.App. P. 39.

**DISMISSED.**